**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CAGLAYAN KAYA GOKSOY,

        Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

        Defendants.

Case No.: 1:25-cv-14085

Judge Jeremy C. Daniel

Magistrate Judge Jeffrey T. Gilbert

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A [2] of the Complaint.

| No. | Defendants |
| --- | --- |
| 1 | yan yan Cuttings poster |
| 2 | ErXiu Shop |
| 3 | mmm888 |
| 4 | TongXianWeiQinShangMaoYouXianGongSi |
| 5 | ling xiang Zero distance poster |
| 6 | oulunxiposter |
| 7 | linmingzhenyishu |
| 8 | huanglidong art |
| 9 | art poster YLsheng |
| 10 | cc1234 |
| 11 | GZJYKJYXGS |
| 12 | yunyangshanmao |
| 13 | Hello, my friend |
| 14 | anyuanxiantongchuangmaoyiyouxiangongsi |
| 15 | neimenggudongyuannengyuanyouxiangongsi |
| 16 | lichuanshiweijingzhaicanyinfuwuyouxiangongsi |
| 17 | yongqingxiankuyehuwaiyongpinfazhanyouxiangongsi |
| 18 | jian hui |
| 19 | HOAN VNA |
| 20 | muronghui778899 |
| 21 | li ping Street sign poster |

| 22 | guangzhouyoupiaoshangmaoyouxiangongsi |
| 23 | HUU DŨNG TORO LUXURY SHOP5556688 |
| 24 | YYF Deco |

This terminates the action.

DATED: March 17, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***